Denise B. Haley: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Frank Ramos

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| FRANK RAMOS, | Case No.: CV 11-010626 VBF JCG |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:   July 9, 2012

_____
THE HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

1  DATE: June 29, 2012    Respectfully submitted,

2     LAW OFFICES OF LAWRENCE D. ROHLFING
       /s/ *Denise B. Haley*
3  BY:_____
       Denise B. Haley
4      Attorney for plaintiff Frank Ramos

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER CV 11-010626 VBF JCG**

2

3
I hereby certify that I electronically filed the foregoing with the Clerk of the

4
Court for this court by using the CM/ECF system on June 29, 2012.

5
I certify that all participants in the case are registered CM/ECF users and

6
that service will be accomplished by the CM/ECF system.

7

*/s/ Cyrus Safa*

8
_____

9
Cyrus Safa
Attorneys for Plaintiff

10
_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-3-