1 | Denise B. Haley: 143709
2 | Law Offices of Lawrence D. Rohlfing
3 | 12631 East Imperial Highway, Suite C-115
    Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
    Fax: (562)868-5491
4 | E-mail: rohlfing.office@rohlfinglaw.com

5 | Attorneys for Plaintiff
    Frank Ramos

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| FRANK RAMOS, | Case No.: CV 11-010626 VBF JCG |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:   July 9, 2012

_____
THE HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

-1-

1   DATE: June 29, 2012        Respectfully submitted,

2                                    LAW OFFICES OF LAWRENCE D. ROHLFING
                                          /s/ *Denise B. Haley*
3                              BY:_____
                                    Denise B. Haley
4                                    Attorney for plaintiff Frank Ramos

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER CV 11-010626 VBF JCG**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on June 29, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____
Cyrus Safa
Attorneys for Plaintiff
_____

-3-